## SULLIVAN v. GEORGE RINGLER & CO.

(Supreme Court, Appellate Division, Second Department. March 7, 1902.)

RES JUDICATA—FORMER JUDGMENT—APPEAL PENDING.

The matters adjudicated in a former action between the same parties and upon the same subject-matter as those in the subsequent action are res judicata, although an appeal has been taken from the former judgment, and an undertaking given to stay execution.

Appeal from trial term, Kings county.

Action by John J. Sullivan, trustee, against George Ringler & Co. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

See 69 N. Y. Supp. 38.

Argued before GOODRICH, P. J., and BARTLETT, JENKS, WOODWARD, and HIRSCHBERG, JJ.

J. A. Hodge, for appellant.

J. J. Sullivan (De W. Bailey, on the brief), for respondent.

GOODRICH, P. J. The only question involved in this appeal is whether a judgment between the same parties on the same subject-

matter is res adjudicata, after an appeal from the judgment has been taken, and an undertaking given to stay execution. This question must be decided in the affirmative, on the authority of Parkhurst v. Berdell, 110 N. Y. 386, 18 N. E. 123, 6 Am. St. Rep. 384, where, at page 392, 110 N. Y., page 125, 18 N. E., 6 Am. St. Rep. 384, it was said:

"As it appears to have been material to establish in this action some of the matters adjudicated in that in favor of Mrs. Parkhurst, it was competent for her to establish them by the judgment roll introduced in evidence. But that judgment was rendered in September, 1878, and before the trial of this action an appeal had been taken to the general term. That is all that appeared upon the trial of this action. But the appeal did not suspend the operation of the judgment as an estoppel."

See, also, similar doctrine declared in Stevens v. Stevens, 69 Hun, 332, 336, 23 N. Y. Supp. 520, and Sage v. Harpending, 49 Barb. 174.

The judgment should be affirmed, with costs. All concur.